FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:01 am, Aug 18, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ILCIAS PEREZ DE LA CRUZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-37 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 14.  Petitioner Ilcias De La Cruz ("De La Cruz") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** De La Cruz's 28 U.S.C. § 2241 Petition for failure to failure to follow the Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** De La Cruz *in forma pauperis*

status on appeal.

      **SO ORDERED**, this \_\_\_17\_\_\_ day of \_\_August\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)