AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ILCIAS PEREZ DE LA CRUZ

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   5:20cv37

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 17, 2020; the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. De La Cruz's Petition is DISMISSED without prejudice and Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____

    HON. LISA GODBEY WOOD, JUDGE

_August 18, 2020_____
*Date*

John Triplett, Acting Clerk of Court
*Clerk*

_Megan Garcia_____
*(By) Deputy Clerk*

GAS Rev 10/1/03